IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| BRANDON & JAIME WATTERS, | ) |
| Plaintiffs, | ) Civil No. 2:11-CV-0177-BSJ |
| vs. | ) **ORDER** |
| BENNETT LAW, | ) |
| Defendant. | ) |

\* \* \* \* \* \* \* \* \*

Based on Plaintiff's Unopposed Motion to Continue Trial and Set Scheduling Conference, filed on September 5, 2012,

**IT IS HEREBY ORDERED** that the jury trial set for September 10, 2012 is stricken, and a scheduling conference is set for October 1, 2012, at 1:20 p.m.

DATED this 6 day of September, 2012.

BY THE COURT:

Bruce S. Jenkins
United States Senior District Judge